UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| CAMERON INDUSTRIES, INC., | : | 07 Civ. |
| Plaintiff, | : | ECF Case |
| -against- | : | **RULE 7.1 STATEMENT** |
| JUST FOR WRAPS, INC., | : | |
| Defendant. | : | |

------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the plaintiff (a private, non-governmental party), certifies that there are no corporate parents, and no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, NY
       September 20, 2007

_____
Signature of Attorney
Attorney Bar Code: (JRS 4874)