UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CAMERON INDUSTRIES, INC().      :
                                :
            Plaintiff,          :   07 CIV 8335 (GBD)
                                :   ECF CASE
        - against -             :
                                :   NOTICE OF MOTION
JUST FOR WRAPS, INC.            :
                                :
            Defendant.          :
------------------------------------------------------------------ x

Please Take Notice that, upon the annexed declaration of Andrew Berger, sworn to December 14, 2007 and the accompanying memorandum of law, defendant Just For Wraps, Inc. will move this Court before the Hon. George B. Daniels, United States District Judge, at the United Sates Court House, 500 Pearl Street, New York, New York 10007 for an order dismissing the non-copyright claims in this action and for such other and further relief as may be just.

Dated: New York, New York
       December 14, 2007

                        Tannenbaum Helpern Syracuse & Hirschtritt, LLP

                        By_____
                            Andrew Berger (AB 4703)
                            900 Third Avenue
                            New York, New York 10022
                            (212) 508-6700
                            Attorneys for Defendant Just For Wraps, Inc.

To: Jed R. Schlacter
    Schlacter & Associates
    450 Seventh Avenue
    New York, N.Y. 10123
    Attorneys for Plaintiff

[822099-1]