UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CAMERON INDUSTRIES, INC.

               Plaintiff,

            - against -

JUST FOR WRAPS, INC.

              Defendant.

------------------------------------------------------------------- x

07 CIV 8335 (GBD)
ECF CASE

DECLARATION IN SUPPORT
OF MOTION TO DISMISS

Andrew Berger, pursuant to 28 U.S.C §1746, declares under penalty of perjury that the following is true and correct:

1. I am a member of the bar of this Court and am counsel to the firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP, attorneys for defendant Just For Wraps, Inc.

2. I make this declaration solely for the purpose of bringing before the Court the complaint in this action which is attached as Exhibit A.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 14, 2007

                                                               Andrew Berger

[822105-1]