USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 9 2008

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**
900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700

SO ORDERED

*George B. Daniels*
HON. GEORGE B. DANIELS

JAN 0 9 2008

Writer's Direct Dial: (212) 702-3167
Writer's Direct Fax: (212) 371-1084
E-mail: berger@thshlaw.com

January 8, 2008

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

        Re: *Cameron Industries, Inc. v. Just for Wraps*, 07 Civ. 8335 (GBD)

Dear Judge Daniels:

    This firm is local counsel to defendant Just For Wraps in this case. Lead counsel for defendant is Surjit P. Soni, Esq. of Pasadena California. His motion for admission pro hac vice was filed yesterday and is pending.

    I write with the consent of my adversary, Jed R. Schlacter, Esq., who is counsel for plaintiff, to respectfully request that the initial pre-trial conference in this case now set for 9:30 am tomorrow be adjourned to 11 am on January 23.

    I regret this late request but Mr. Soni and I just became aware of the conference yesterday when Mr. Schlacter sent Mr. Soni notice of it. An adjournment to January 23 will give all counsel an opportunity to discuss the proposed discovery schedule and also agree on dates for the pending motion to dismiss that defendant filed last month.

    Further, because Mr. Soni will be in California on January 23, he respectfully requests the opportunity to participate in that conference by telephone. I trust the Court will permit Mr. Soni to call in on that day to whatever telephone the Court provides.

    Thank you for your cooperation.

Very truly yours,

Andrew Berger

Cc: Jed R. Schlacter, Surjit P. Soni, Esqs. (by email)

[823644-1]