UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMERON INDUSTRIES, INC,

    Plaintiff,

-against-

JUST FOR WRAPS, INC.,

    Defendant.

---

07 CIV 8335 (GBD)
ECF CASE

MOTION TO ADMIT
COUNSEL PRO HAC
VICE

Pursuant to Rule 1.3(c) of the Local Rules of this Court, I, Andrew Berger, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Surjit P. Soni of the Soni Law Firm located at 55 S. Lake Avenue, Suite # 720, Pasadena, California 91101; phone number (626) 683-7600; fax number (626) 683-1199.

Surjit P. Soni, Esq. is a member in good standing of the bar of the state of California. Further, there are no disciplinary proceedings pending against Mr. Soni in any State or Federal Court.

Dated: New York, New York
       January 4, 2008

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
By: _____
    Andrew Berger (AB 4723)
900 Third Avenue
New York, New York 10022
(212) 508-6700
Attorneys for Defendant

[822454-1]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMERON INDUSTRIES, INC,

      Plaintiff,

-against-

JUST FOR WRAPS, INC.,

      Defendant.

---

07 CIV 8335 (GBD)
ECF CASE

DECLARATION OF
ANDREW BERGER

**Andrew Berger,** pursuant to 28 U.S.C §1746, declares under penalty of perjury that the following is true and correct:

1. I am of counsel to the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP lawyers for defendant in this case. I make this declaration based on personal knowledge in support of defendant's motion to admit Surjit P. Soni, Esq. as counsel pro hac vice to represent defendant in this case.

2. I am a member in good standing of the bar of the state of New York and was admitted to practice to the bar of this Court on January 30, 1973 and to practice before the United States Court of Appeals for the Second Circuit on March 18, 1975.

3. I have known Mr. Soni since 2002. He is the founding and managing partner of the Soni Law Firm in Pasadena California.

4. I have found Mr. Soni to be a skilled attorney and a person of integrity. He is an experienced federal practitioner and is familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of Surjit P. Soni *pro hac vice*

to represent defendant in this case.

6. I respectfully submit a proposed order granting Mr. Soni's admission. That order is attached as Exhibit A hereto.

7. I also submit as Exhibit B a certificate of good standing on behalf of Mr. Soni issued by the State Bar of California.

Wherefore I respectfully request that the motion to admit Surjit P. Soni *pro hac vice* to represent defendant in this case be granted.

Dated: New York, New York
      January 4, 2007

                                              Andrew Berger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CAMERON INDUSTRIES, INC.

          Plaintiff,

- against -

JUST FOR WRAPS, INC.

          Defendant.

------------------------------------------------------------------ x

07 CIV 8335 (GBD)
ECF CASE

**ORDER ADMITTING SURJIT P. SONI *PRO HAC VICE***

Upon the motion of Andrew Berger, attorney for defendant and Mr. Berger's declaration in support, it is hereby ORDERED that Surjit P. Soni, of the Soni Law Firm located at 55 S. Lake Avenue, Suite # 720, Pasadena, California 91101; phone number (626) 683-7600; fax number (626) 683-1199; email surj@sonilaw.com, is admitted to practice *pro hac vice* as counsel for defendant in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of this Court.

Dated: New York, New York
       January   , 2007

                                                                            U.S.D.J.

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

December 7, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SURJIT PAUL SONI, #127419 was admitted to the practice of law in this state by the Supreme Court of California on March 20, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

## Certificate of Service

Andrew Berger affirms as follows under penalties of perjury:

I am of counsel to the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP attorneys for defendant Just For Wraps in this case. On January 4, 2008, I caused the attached motion to admit counsel pro hac vice and my accompanying declaration and exhibits to be served on plaintiff by placing them in a prepaid envelope in the exclusive custody of the U.S. Postal Service addressed to plaintiff's counsel at his last known address:

> Jed. R. Schlacter, Esq.
> Schlacter & Associates
> 450 Seventh Avenue
> New York, N.Y. 10123

Dated: January 4, 2008

_Andrew Berger_