UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CAMERON INDUSTRIES, INC.

             Plaintiff,

     - against -

JUST FOR WRAPS, INC.

             Defendant.

------------------------------------------------------------- x

07 CIV 8335 (GBD)
ECF CASE

**ORDER ADMITTING
SURJIT P. SONI
*PRO HAC VICE***

     Upon the motion of Andrew Berger, attorney for defendant and Mr. Berger's declaration in support, it is hereby ORDERED that Surjit P. Soni, of the Soni Law Firm located at 55 S. Lake Avenue, Suite # 720, Pasadena, California 91101; phone number (626) 683-7600; fax number (626) 683-1199; email surj@sonilaw.com, is admitted to practice *pro hac vice* as counsel for defendant in this action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of this Court.

Dated: New York, New York
       January   , 2007

*JAN 1 5 2008*

*[signature]*
U.S.D.J.
HON. GEORGE B. DANIELS